UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
IN ADMIRALTY

KERRY BUCHANAN, JANI LEE
FERRELL and PATRICIA
ESPINOSA,

      Plaintiffs,

v.                                    Case No:   2:15-cv-59-FtM-29CM

CAPTAIN DOUG'S BOAT TOURS,
LLC and JOHN STEVEN
MARKLEY,

      Defendants.

## ORDER

Before the Court is Plaintiffs' Motion for Extension of Time in Which to Serve Complaint (Doc. 12), filed on May 6, 2015. By motion, Plaintiffs request an additional 120 days to serve Defendant, John Steven Markey, with the complaint.

Rule 4, Federal Rules of Civil Procedure, requires that service be completed within 120 days of the filing of the Complaint, or the action must be dismissed without prejudice. Fed. R. Civ. P. 4(m). The Amended Complaint was filed on January 14, 2015 (Doc. 4), thereby requiring service upon Defendant by May 14, 2015. Upon a showing of good cause, however, the Court may extend the time for service for an appropriate period. Fed. R. Civ. P. 4(m).

As grounds for this motion, Plaintiffs state that service was attempted on March 16, 2015 at the last known address for Defendant but Defendant could not be found. Doc. 12. Plaintiffs seek an additional 120 days to locate Defendant, John

Steven Markley, and effect service. *Id.* Although counsel for Defendant has not filed a notice of appearance with the Court, presumably because service has not been effected, Plaintiffs contacted defense counsel who does not oppose this motion. *Id.*

Upon due consideration, the Court finds good cause to grant the requested extension.

ACCORDINGLY, it is hereby

**ORDERED:**

Plaintiffs' Motion for Extension of Time in Which to Serve Complaint (Doc. 12) is **GRANTED**. Plaintiffs shall have **up to and including Friday, September 11, 2015** to serve Defendant with a summons and a copy of the Amended Complaint.

**DONE** and **ORDERED** in Fort Myers, Florida on this 13th day of May, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record