UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KERRY BUCHANAN, JANI LEE and PATRICIA ESPINOSA,

Plaintiffs,

v. Case No: 2:15-cv-59-FtM-29CM

CAPTAIN DOUG'S BOAT TOURS, LLC, JOHN STEVEN MARKLEY, EVERGLADES AIRBOAT MANAGEMENT LLC, EVERGLADES AIRBOAT RESORTS LLC. and EVERGLADES AIRBOATS AND SWAMP BUGGIES, LLC,

Defendants.

---

## ORDER

Before the Court are Defendants' Everglades Airboat Management, LLC and Everglades Airboat Resorts, LLC ("Defendants") Joint Motion to Compel Plaintiff's [sic] Depositions to Take Place as Noticed on April 14, 2016, or in the Alternative, on or before April 30, 2016 (Doc. 54) and Defendants' request for attorney's fees included as part of their Joint Motion to Compel Plaintiff's Answer to Discovery (Docs. 57, 62).[1] Plaintiffs filed responses to the motions. Docs. 58, 63.

---

[1] The parties resolved the underlying issues in the Joint Motion to Compel Answers to Discovery, in that Plaintiffs provided the responses to the discovery responses after the filing of the motion to compel. Doc. 60. Accordingly, the Court denied that portion of the motion as moot, and allowed the parties to submit supplemental briefing with respect to Defendants' requests for attorneys' fees incurred in bringing the Joint Motion to Compel. Doc. 61.

The undersigned heard extensive argument on the motions at a hearing on April 27, 2016. For the reasons stated on the record, Defendants' joint motion to compel Plaintiffs' depositions is granted in part and Defendants' request for attorneys' fees is granted in part.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Defendants' Joint Motion to Compel Plaintiff's [sic] Depositions to Take Place as Noticed on April 14, 2016, or in the Alternative, on or before April 30, 2016 (Doc. 54) is **GRANTED in part**. Plaintiffs shall make themselves available in Tampa, Florida for depositions on or before **May 31, 2016.** Because Plaintiffs will travel for the depositions, the parties are encouraged to complete other tasks such a mediation or Independent Medical Examinations when Plaintiffs appear for their depositions.

2. Should the parties require more time to complete the depositions, the parties may come to a mutual agreement without Court intervention provided the agreement does not impact the deadlines in the Case Management and Scheduling Order (Doc. 42).

3. Defendants' request for attorneys' fees (Doc. 57) is **GRANTED in part.** Defendants shall be awarded $250.00 per hour for 3 hours expended on the Joint Motion to Compel Plaintiffs' Answers to Interrogatories for a total of $750.00.

**DONE** and **ORDERED** in Fort Myers, Florida on this 28th day of April, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record